# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANNA MARIE WELLS,<br><br>Defendant. | CR 12-82-GF-BMM<br><br>**ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston conducted a revocation hearing on January 24, 2017. Defendant admitted that she had violated the conditions of her supervised release by using methamphetamine. Judge Johnston found the admission sufficient to establish the supervised release violation. Judge Johnston recommended that this Court revoke Defendant's supervised release and commit her to the custody of the United States Bureau of Prisons for a term of time served, followed by supervised release until January 14, 2020. (Doc. 251 at 2).[1] Judge Johnston also recommended that the Defendant undergo inpatient chemical dependency treatment at the Crystal Creek Treatment Center in Browning, Montana.

---

[1] Although Document No. 251 is described as an order, this Court will treat Document No. 251 as Findings and Recommendations.

No objections were filed by either party. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Johnston's findings. Defendant admitted that she had violated the conditions of her supervised release. A sentence of time served, followed by supervised release until January 14, 2020, is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 251) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 7th day of March, 2017.

Brian Morris
United States District Court Judge