**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-12-82-GF-BMM-JTJ** |
| Plaintiff, | |
| vs. | **ORDER** |
| DEANNA MARIE WELLS, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 6, 2019. (Doc. 282). Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 5, 2019. The United States alleged that Defendant Wells violated the conditions of her supervised release by: 1) by failing to notify her probation officer of a change in employment status; 2) by using a controlled substance; and 3) by failing to report for substance abuse testing. (Doc. 282 at 2). Wells did not admit to Violation No.

3. *Id.* The Government did not attempt to prove Violation No. 3. *Id.* The admitted violations prove serious and warrant revocation of Wells's supervised release.

Judge Johnston has recommended that the Court revoke Wells's supervised release and commit Wells to the custody of the Bureau of Prisons for four (4) months. *Id.* at 4. Judge Johnston further has recommended that supervised release follow her custody period for twenty-six (26) months. *Id.* It is recommended also that Wells serve the first sixty (60) days of supervised release at Passages treatment center in Billings, Montana. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Wells's violations represent a serious breach of the Court's trust. A custody term of four (4) months, with twenty-six (26) months of supervised release to follow, with the first sixty (60) days of supervised release to be served at Passages treatment center in Billings, Montana is sufficient but not greater than necessary.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 282) are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Deanna Wells receive a custody term of four (4) months, with twenty-six (26) months of supervised release

to follow, with the first sixty (60) days of supervised release to be served at Passages treatment center in Billings, Montana.

DATED this 19th day of March, 2019.


_____
Brian Morris
United States District Court Judge