**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DEANNE MARIE WELLS,<br><br>                    Defendant. | **CR-12-82-GF-BMM-JTJ**<br><br><br>**ORDER** |

United States Magistrate Judge John Johnston conducted a revocation hearing in this matter on December 15, 2020. (Doc. 304). Defendant Deanne Marie Wells ("Wells") admitted that she had violated the conditions of her supervised release. *Id*. Judge Johnston entered Findings and Recommendations the next day. *Id*.

Judge Johnston determined that Wells had violated the conditions of her supervised release in the following ways: (1) by failing to follow the instructions of her probation officer; (2) by using methamphetamine; (3) by knowingly interacting with a convicted felon without the prior approval of her probation officer; (4) by failing to answer truthfully questions asked by her probation officer; and (5) by

failing to follow the instructions of her physician when taking gabapentin. (Doc. 304 at 4).

Judge Johnston recommended that this Court revoke Wells's supervised release and commit her to the custody of the United States Bureau of Prisons for a period of 6 months, with 20 months of supervised release to follow. (Doc. 304 at 4). Judge Johnston further recommended that the Court should consider terminating Wells's supervised release if she completes 12 continuous months of supervised release without a violation. *Id.* Judge Johnston is sufficient, but not greater than necessary. Neither party filed objections to Judge Johnston's Findings and Recommendations.

Given that no objections were filed, the Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations, and adopts them in full.

## ORDER

Accordingly, **IT IS ORDERED**:

1.      Judge Johnston's Findings and Recommendations (Doc. 304) are **ADOPTED IN FULL.**

2.  Defendant Deanne Marie Wells is sentenced to custody for 6 months, followed by 20 months of supervised release. Upon release from custody, Wells shall be subject to the conditions of supervised release as reflected in the Judgment.

Dated this 4th day of January, 2021.

Brian Morris, Chief District Judge
United States District Court