IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANNA MARIE WELLS,<br><br>Defendant. | CR 12-82-GF-BMM-JTJ<br><br>**ORDER** |

The Court conducted a revocation hearing in this matter on December 15, 2020. Defendant Deanna Marie Wells (Wells) admitted all of the alleged violations, except alleged violation 8. The Court issued its Findings and Recommendations on December 16, 2020. (Doc. 304). The Court recommended that Wells should be placed in custody for 6 months, with 20 months of supervised release to follow. Presently before the Court is Wells's motion requesting a recommendation from this Court that she should serve her term of custody at FCI Dublin in Dublin, California.

IT IS HEREBY ORDERED:

1. Wells's Motion for BOP Placement (Doc. 305) is GRANTED.

2. The Court will issue Amended Findings and Recommendations that

include a recommendation that Wells should serve her term of custody at FCI Dublin in Dublin, California.

DATED this 4th day of January, 2021.

John Johnston
United States Magistrate Judge